IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 17 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

## COMPLAINT

Burkes
(Last Name)   (Identification Number)

Travis   Deandre
(First Name)   (Middle Name)

Lauderdale County Jail  MS 39301
(Institution)

2001 5th Street, Meridian
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 3:23cv310 KHJ-MTP
(to be completed by the Court)

Lauderdale County Jail

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)   No ( )

B. Are you presently incarcerated?
   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (X)   Not convicted yet

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Travis D. Burkes   Prisoner Number: K8533

Address: 2001 5th St.
Meridian MS 39301

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Lauderdale County Jail is employed as _____
at Everything is on Camera

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Travis Burkes   ADDRESS: 2001 5th St Meridian MS 39301

DEFENDANT(S):

NAME:   ADDRESS:

### OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____



(entries struck through with "N/A")

CASE NUMBER 2.

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I came out of my cell on 3/22/23 which water was dripping from the top cell. The officers knew about it but didn't do anything about. As coming back from pill cell I slipped and hurted my right leg, back, & neck. Now I walk with a limp!!

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. THE MAX 1500 per day

Signed this _____ day of _____, 20_____.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff