UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRAVIS DEANDRE BURKES                                                PLAINTIFF

V.                                          CIVIL ACTION NO. 3:23-CV-310-KHJ-MTP

LAUDERDALE COUNTY JAIL                                               DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 20th day of February, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE